UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEO HAWKINS and MICHELLE HAWKINS**                                     **PLAINTIFFS**

**V.**                                                   **CIVIL ACTION NO.1:07CV0399 LTS-RHW**

**WELLS FARGO BANK, ET AL.**                                                        **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion to amend the complaint [15] is hereby **GRANTED**, and the plaintiffs are allowed a period of ten days from the date of this order within which to file their amended complaint; and

That the defendants' motion to compel arbitration [19] is hereby **GRANTED**, and the parties shall arbitrate their dispute, as it is set out in the plaintiffs' amended complaint, in accordance with the arbitration agreement between the plaintiffs and their original lender; and

That at the end of the ten day period allowed for the filing of the amended complaint this action shall be **DISMISSED WITHOUT PREJUDICE** to the right of either party to seek enforcement of the arbitration award or to seek review of the arbitration award in accordance with the Federal Arbitration Act, 9 U.S.C. §1 et seq.

**SO ORDERED** this 28th day of May, 2008.

                                                      s/ L. T. Senter, Jr.
                                                      L. T. SENTER, JR.
                                                      SENIOR JUDGE